JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID JAMAL ALQUTAMI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDING, Field Office Director of the Fresno Field Office of The United States Citizenship Immigration Services, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and ROBERT MUELLER, Director of the Federal Bureau of Investigations.<br><br>　　　　　Defendants. | CIVIL No. 07-cv-00699 AWI - DLB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KHALID JAMAL ALQUTAMI, AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 72398023 |

PLEASE TAKE NOTICE:

That PLAINTIFF, KHALID JAMAL ALQUTAMI, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the

oath ceremony.  Accordingly, Plaintiff, KHALID JAMAL ALQUTAMI, hereby requests this action be dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his or her action prior to service by the defendant of an answer or a motion for summary judgment.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case.   No such answers or summary judgment motion have been served.  Accordingly, Plaintiff, KHALID JAMAL ALQUTAMI, requests that this action be dismissed.

Dated: June 20, 2007            /s/ JAMES M. MAKASIAN
JAMES M. MAKASIAN
Attorney for Plaintiff

ORDER

In light of Plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1), the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   June 22, 2007**            /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE